UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTOPHER LOYD,
                 Plaintiff,

v.

BRADLEY COKER, BALLUFF
(CANADA) INC., and LIBERTY
SURPLUS INS. CO.,
                 Defendants.
_____/

Case No. 25-10103

Denise Page Hood
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
(ECF No. 19)**

Defendants moved to compel Plaintiff to respond to their first set of

interrogatories, requests for production of documents, and notice of discovery of

medical information.  (ECF No. 19).  Plaintiff's deadline to respond in opposition

to that motion passed on August 13, 2025.  Plaintiff has not filed a brief in

opposition.  And according to defense counsel, Plaintiff's counsel did not respond

to inquiries about responses to the discovery requests.  (*Id.* at PageID.401).

Because there is no opposition to the motion, and the relief requested is

reasonable, the motion is **GRANTED**.  Plaintiff must serve responses to the

discovery requests **within 14 days of this Order**.   Plaintiff must also pay

Defendants for the costs and attorney fees incurred in bringing this motion.  *See*

Fed. R. Civ. P. 37(a)(5)(A).  Defendants must file a bill of costs *incurred in*

*bringing this motion* with supporting information within 14 days.  Plaintiff must respond to the bill of costs within 14 days of service either to indicate concurrence or to oppose the costs asserted.  No reply will be allowed.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.


Date: August 26, 2025                    s/Curtis Ivy, Jr.
                                         Curtis Ivy, Jr.
                                         United States Magistrate Judge